## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN BURMASTER, | ) |
| *CEO, Burmaster International Group,* | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 18-134 Erie |
| v. | ) |
| | ) |
| SWITZERLAND, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM ORDER**

This *pro se* civil rights action was commenced on May 7, 2018 and was referred to

United States Magistrate Judge Lisa Pupo Lenihan for report and recommendation in accordance

with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The magistrate judge's report and recommendation (ECF No. 5), issued on June 28, 2018,

recommended that the action be transferred to the United States District Court for the District of

Columbia. Service was made on the Plaintiff at his most recent address of record (*see* ECF No.

7), and objections were filed on July 25, 2018 (ECF No. 8). After *de novo* review of the

complaint and documents in the case, together with the report and recommendation and

Plaintiff's objections thereto, the following order is entered:

AND NOW, this 3rd day of August, 2018,

1

IT IS HEREBY ORDERED that the within action shall be transferred forthwith to the

United States District Court for the District of Columbia. The report and recommendation of

Magistrate Judge Lenihan, issued on June 28, 2018, is adopted as the opinion of this Court.

MARK R. HORNAK
United States District Judge

cc/ecf:      Lisa Pupo Lenihan
U.S. Magistrate Judge

Brian Burmaster
250 East Wisconsin Ave, Suite 1800
Milwaukee, WI 53202